JENNIFER CANGRO, Appellant, v PHYLLIS C. SOLOMON et al., Respondents.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that it is does not lie (see NY Const, art VI, § 3 [b]; CPLR 5601).

Judge FEINMAN taking no part.